**THOMAS R. ASHLEY, ESQ.**
50 Park Place, Suite 1400
Newark, New Jersey 07102
(973) 623-0501
Attorney for Plaintiff

| | |
|---|---|
| **AARON HOCKADAY,**          Plaintiff,  v.  **NEW JERSEY ATTORNEY GENERAL'S OFFICE NEWARK POLICE DEPARTMENT; SHEILAH COLEY, IN HER OFFICIAL CAPACITY AS POLICE DIRECTOR OF NEWARK POICE DEPARTMENT; STATE OF NEW JERSEY, DIVISION OF STATE POLICE; JOSEPH FUENTES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF NJSP; DET JOHN PALACH, NJSP BADGE #7058; DET RIVERA, NPD BADGE #unknown; DSG RUANE, NJSP BADGE #5781; TPR TORRES, #7072;DET ARMAND, NPD BADGE #unknown; DET MARCELLI, NPD BADGE #unknown; John Does 1-5 Jane Does 1-5**          Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CIVIL ACTION NO.: 2:16-cv-00762-KM-MAH** |

PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT

                                        Thomas R. Ashley
                                        Cynthia H. Hardaway
                                        Attorneys for Plaintiff

Cynthia H. Hardaway
On the Brief

**TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES ......................... ii

PRELIMINARY STATEMENT......................... 1

STATEMENT OF FACTS. .. ........................ 2

LEGAL ARGUMENT ............................... 5

**POINT I**

    **STANDARD OF REVIEW**................... 5

**POINT II**

    **PLAINTIFF SHOULD BE ALLOWED TO SUBSTITUTE THE CITY OF NEWARK FOR THE NEWARK POLICE DEPARTMENT AS A NAMED DEFENDANT**....................... 6

**POINT III**

    **PLAINTIFF'S COMPLAINT HAS SUFFICIENT ALLEGED LIABILITY ON THE PART OF THE MOVING DEFENDANTS**.................... 8

**CONCLUSION** ..................................... 16

**TABLE OF AUTHORITIES**

**Cases Cited**                                                      Page

Ashcroft v. Iqbal,
129 S. Ct. 1937 (2009) .....................    8, 9

Fitchik v. New Jersey Transit
Rail Operations, Inc.,
873 F.2d 655 (3d Cir. 1989)................     15

Lora-Pena v. F.B.I., 205 N.J. 275 (2011).....   11, 12

Nami v. Fauver, 82 F.3d 63
(3d Cir. 1996)..............................     5

Nelson v. Jashurek, 109 F.3d 142
(3d Cir. 1997)..............................    11

Rode v. Dellarciprete, 845 F.2d 1195
(3d Cir. 1988...............................    9, 10

Watson v. Abington Twp., 478 F.3d 144
(3d Cir. 2007)..............................     5

Statutes Cited

Fed. R. of Civ. Pro. 8(a)(2).................   8, 9

Fed. R. of Civ. Pro. 12(b)(6)...............   5, 12

Fed. R. of Civ. Pro. 15(c)(1)(B)............   6

Fed. R. of Civ. Pro. 15(c)(1)(C)............   6

Fed. R. of Civ. Pro. 4(m)...................   6, 7

42 U.S.C. §1983.............................   9, 11, 12, 13

42 U.S.C. §1985.............................   12, 13