# EXHIBIT A

"Complaint"

# EXHIBIT B
"Trial Transcript"

# EXHIBIT C

"Letter from City of Newark"