*CYNTHIA H. HARDAWAY, ESQ.*
*Attorney-at-Law*
*3 Williams Street*
*Newark, New Jersey 07102*

<u>*Member NJ Bar*</u>

*Phone: (973) 725-4300, (973)877-3733*
*Fax: (973) 877-3734*
*Email: chardawayesq@verizon.net*

January 30, 2017

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
MLK Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: <u>Hockaday v. New Jersey Attorney General's Office et al</u>,
    Civil Action No. 2:16-cv-00762-KM-MAH

Dear Judge Hammer:

    As you are aware, this matter is presently scheduled for March 6, 2017 at 11:30 a.m.  Please be advised that I have several criminal matters previously scheduled in Union County Superior Court for that date beginning at 9:00 a.m., which is typical for Mondays in state criminal court.  If possible, I am requesting that this matter be rescheduled to sometime in the late afternoon of March 6, 2017.

    Thank you for your kind attention to this matter.

                                             Respectfully,

                                             /s/<u>Cynthia H. Hardaway</u>

cc: All counsel via electronic filing