

CITY OF NEWARK

Mayor Ras J. Baraka

**Department of Law**                                                                                          A City We Can All Believe In

**Kenyatta K. Stewart, Esq.**                                                                 **Wilson D. Antoine, Esq.**
Corporation Counsel                                                                            Assistant Corporation Counsel

920 Broad Street, Room 316                                                                 antoinew@ci.newark.nj.us
Newark, New Jersey 07102                                                                    Dir: (973) 733-3114
Offi: (973)733-3880
Fax: (973)733-5394 - Civil Litigation Section

April 8, 2021,

**VIA CM/ECF**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    **Aaron Hockaday v. City of Newark et. al.**
            Civ. No. 2:16-cv-762-KM-MAH

Dear Judge Hammer:

    As Your Honor is aware, this office represents Defendants City of Newark, Luis Rivera and Antonio Armand (collectively, the "Newark Defendants").  I write this letter to respectfully advise that Plaintiff's counsel and I have reached a settlement agreement in principle.  Once everything is finalized, an appropriate stipulation of dismissal will be filed with the Court.  The Newark Defendants thank Your Honor for giving time and attention to this matter.

                          Respectfully submitted,

                          **KENYATTA K. STEWART**
                          **CORPORATION COUNSEL**
                          Attorney for the Newark Defendants

                          By:    *s/Wilson D. Antoine*
                                 Wilson D. Antoine, Esq.
                                 Assistant Corporation Counsel

Encl.

CC:  Counsel of Record (via CM/ECF)