

# CITY OF NEWARK
Mayor Ras J. Baraka

**Department of Law**　　　　　　　　　　　　　　　　　　　　　　　　A City We Can All Believe In

**Kenyatta K. Stewart, Esq.**　　　　　　　　　　　　　　**Wilson D. Antoine, Esq.**
Corporation Counsel　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

920 Broad Street, Room 316　　　　　　　　　　　　　antoinew@ci.newark.nj.us
Newark, New Jersey 07102　　　　　　　　　　　　　　Dir: (973) 733-3114
Offi: (973)733-3880
Fax: (973)733-5394 - Civil Litigation Section

April 9, 2021,

**VIA CM/ECF**
Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

　　　Re:　**Aaron Hockaday v. City of Newark et. al.**
　　　　　　Civ. No. 2:16-cv-762-KM-MAH

Dear Judge Hammer:

　　　As Your Honor is aware, this office represents Defendants City of Newark, Luis Rivera and Antonio Armand (collectively, the "Newark Defendants"). I write this letter to respectfully request that a 120-day order be issued instead of a 60-day order. I anticipate that finalization of settlement will be delayed because (1) Plaintiff is currently living out-of-state; (2) the Pandemic will delay the normal operation of settlement finalization protocols; and (3) the undersigned is resigning effect, next week, and the new counsel on the matter is not yet registered with CM/ECF. The Newark Defendants thank Your Honor for giving time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**KENYATTA K. STEWART**
　　　　　　　　　　　　　　　　　　　　　　　**CORPORATION COUNSEL**
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Newark Defendants

　　　　　　　　　　　　　　　　　　　　　　　By:　*s/Wilson D. Antoine*
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilson D. Antoine, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

Encl.

CC:　Counsel of Record (via CM/ECF)