UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AARON HOCKADAY**<br><br>                    **Plaintiff,**<br><br>       v.<br><br>**CITY OF NEWARK, et al.,**<br><br>                    **Defendants.** | Civ. No. 16-762 (KM)<br><br>**120-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**KEVIN MCNULTY, U.S.D.J.:**

It having been reported to the Court that the above-captioned matter has been settled,

**IT IS** on this 12th day of April, 2021,

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it further

**ORDERED** that within 120 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that absent receipt from the parties of dismissal papers or a request to reopen the action within the 120-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                                                _s/ Kevin McNulty_____
                                                **HON. KEVIN MCNULTY**
                                                **United States District Judge**